IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>PORFIRIO GARCIA,<br><br>                    Defendant. | **CASE NO.  1:06-MJ-00061**<br><br>**ORDER DISMISSING DEFENDANT FROM COMPLAINT**<br>**(Fed.R.Crim.P 48(A))** |

The United States of America, having moved this Court to dismiss the complaint as to above-named defendant only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

IT IS HEREBY ORDERED that the complaint as to the above named individual only shall be dismissed without prejudice in the interest of justice.

IT IS FURTHER ORDERED he clerk of the court close this case and recall the WARRANT.

IT IS SO ORDERED.

Dated:  **June 20, 2016**              /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE

ORDER OF DISMISSAL, FRCrimP 48(a)                    1